CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

2011 AUG 17  PM 12: 45

DEPUTY CLERK _____

| | | |
|---|---|---|
| TODD PHILLIPS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:11-CV-0098 |
| | § | |
| RICK THALER, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION, OVERRULING PETITIONER'S OBJECTIONS, ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATION, and DISMISSING GROUNDS (1) - (3) OF THE PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On June 27, 2011, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant habeas application be dismissed as time barred. On July 8, 2011, petitioner filed objections to the Report and Recommendation. On July 21, 2011, in response to petitioner's objections, the Magistrate Judge issued a Supplemental Report and Recommendation in this cause, identifying a fourth ground for relief not specifically alleged in petitioner's earlier pleadings. Respondent has been ordered to file a responsive pleading to this ground. In the Supplemental Report and Recommendation, the Magistrate Judge again recommended that grounds (1) - (3) of petitioner's habeas application be dismissed as time barred. As of this date, petitioner has not filed objections to the Supplemental Report and Recommendation.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion petitioner's objections should be OVERRULED as cured by the Supplemental Report and Recommendation.  The Magistrate Judge's Report and Recommendation and Supplemental Report and Recommendation should be, and hereby are, ADOPTED.  Accordingly, grounds (1) - (3) of the petition for a writ of habeas corpus are hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this ____17____ day of ____August____ 2011.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE